**LOWENSTEIN SANDLER** PC
Robert J. Kipnees
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
Attorneys for Defendant Sanjeev Sarna

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>-vs-<br><br>SANJEEV SARNA,<br><br>　　　　　　Defendant. | Docket No. Cr. 07-865-01<br><br><br>ORDER PERMITTING DEFENDANT TO TRAVEL |

　　　**THIS MATTER** having been opened to the Court by Lowenstein Sandler PC, counsel for defendant Sanjeev Sarna, for an Order requesting permission from the Court to permit the Defendant to travel on various dates between August 1, 2008 and August 26, 2008, to Dubai and India, as well as future dates, on notice to Assistant United States Attorney Adam S. Lurie, and the Defendant Sanjeev Sarna's Probation Officer having consented to the relief requested, and for good cause shown,

　　　**IT IS** on this 28th day of July, 2008,

　　　**ORDERED** that the condition of probation imposed by the Court on March 7, 2008, be and hereby is amended to permit the Defendant to travel internationally, with the permission of

his Probation Officer, and without the need for further prior judicial approval, subject to such conditions as the Probation Department may impose; and

**IT IS FURTHER ORDERED** that Defendant is permitted to travel to India and Dubai during the month of August 2008, subject to such conditions as the Probation Department may impose.

_____
HON. JOSEPH A. GREENAWAY, JR.
United States District Judge