**LOWENSTEIN SANDLER** PC
Robert J. Kipnees
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
Attorneys for Defendant Sanjeev Sarna

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>-vs-<br><br>SANJEEV SARNA,<br><br>        Defendant. | Docket No. Cr. 07-865-01<br><br><br>ORDER GRANTING SANJEEV SARNA'S APPLICATION FOR EARLY TERMINATION OF PROBATION |

**THIS MATTER** having been opened to the Court by Lowenstein Sandler PC, counsel for defendant Sanjeev Sarna, pursuant to 18 U.S.C. § 3564(c) and Rule 32.1(c) of the Federal Rules of Criminal Procedure, for an Order requesting early termination of defendant's probation, on notice to Assistant United States Attorney Adam S. Lurie, and to United States Probation Officer Susan Karlak, and for good cause shown,

**IT IS** on this 3rd day of April, 2009,

**ORDERED** that the defendant Sanjeev Sarna's application for early termination of his probation be and hereby is GRANTED; and

**IT IS FURTHER ORDERED** that the two (2) year sentence of probation imposed on defendant Sanjeev Sarna by the Court on March 7, 2008, be and hereby is terminated and shall be deemed to be discharged and fully satisfied as of the date of this Order.

_____
HON. JOSEPH A. GREENAWAY, JR.
United States District Judge